UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOSHUA VANDEMARK

v.  Case No. 8:09-cr-159-T-24
 8:12-cv-468-T-24 AEP

UNITED STATES OF AMERICA

_____/

**ORDER**

This cause is before the Court upon Petitioner's motion to vacate, set aside, or correct an allegedly illegal sentence pursuant to 28 U.S.C. § 2255. Upon consideration of the motion and supplement thereto, and in accordance with the *Rules Governing Section 2255 Cases in the United States District Courts*, it is **ORDERED AND ADJUDGED** that:

(a) The Government shall file a response to the motion on or before *May 10, 2012.*

(b) Henceforth, Petitioner shall mail one copy of every pleading, exhibit and/or correspondence, along with a certificate of service indicating the date an accurate copy was mailed, to the Government listed in the bottom of this Order. **Should Petitioner fail to include the required certificate of service, the Clerk of this Court is directed to reject the document for filing and return the document without action.**

(c) Petitioner shall advise the Court of any change of address. Failure to do so will result in the case being dismissed for failure to prosecute.

(d) Petitioner may have 25 days after the date the Government files its response to file a reply to the response.

**DONE AND ORDERED** at Tampa, Florida, this 23rd day of March, 2012.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
James Preston, AUSA
Pro Se Petitioner