UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

-vs-                                                                                     Case No.  8:09-cr-159-T-24 AEP
                                                                                                        8:12-cv-468-T-24 AEP

JOSHUA VANDEMARK

_____/

## ORDER

This cause comes before the Court Petitioner Vandemark's motion to reconsider this Court's May 23, 2012 order (CV Doc. No. 10), in which the Court denied Petitioner's motion for extension of time to respond to the Government's motion to dismiss, granted the Government's motion to dismiss, and denied Petitioner's § 2255 motion.  (Doc. No. 12).  As explained below, Petitioner's motion for reconsideration is denied.

Petitioner's conviction became final on December 6, 2010.  The time for filing a § 2255 motion expired on December 6, 2011.  Petitioner did not attempt to file a § 2255 motion until December 15, 2011, and as such, relief under § 2255 was no longer available to him.  Therefore, the Court denied Petitioner's motion for extension of time to respond to the Government's motion to dismiss, granted the Government's motion to dismiss, and denied Petitioner's § 2255 motion.  In the instant motion for reconsideration, Petitioner has not shown that reconsideration is warranted.

Accordingly, it is ORDERED AND ADJUDGED that Petitioner Vandemark's motion for reconsideration (CV Doc. No. 12) is **DENIED**.

**DONE AND ORDERED** at Tampa, Florida, this 23rd day of August, 2012.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Pro Se Defendant Joshua Vandemark
Counsel of Record